September 17, 2009

FIRST BANCORP INC
341 North Main Street
Troy, NC 27371-0508

Registered Mail #RA 403 305 427 US

Copy To: JERRY L OCHELTREE
341 North Main Street
Troy, NC 27371-0508

Registered Mail #RA 403 305 435 US

Copy To: TERESA C. NIXON
341 North Main Street
Troy, NC 27371-0508

Registered Mail #RA 403 305 444 US

Copy To: BENJAMIN A KAHN
P.O. Box 3463
Greensboro, NC 27402

Registered Mail #RA 403 305 458 US

Copy To: NEXSEN PRUET PLLC
P.O. Box 3463
Greensboro, NC 27402

Registered Mail #RA 403 305 461 US

Copy To: DAVID SENTER
P.O. Box 3463
Greensboro, NC 27402

Registered Mail #RA 403 305 475 US

# NOTARY PRESENTMENT

On September 17, 2009, Mark-Allen: Wasmuth appeared before me and requested that I mail the
below document to you. I have inspected and mailed the below item and certify that it is
included in this mailing by Registered Mail.

1)     Final Demand for Payment                                3 Pages

# NOTARY CERTIFICATION

**State of Tennessee**
**County of Knox**

_Carol E. Forth_
_____
      Print Name
My commission expires: June 6, 2011

_Carol E. Forth_
_____
      Notary Signature



**PRIVATE**

THIS IS NOT A PUBLIC COMMUNICATION

Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent

## CHATHAM COUNTY, NORTH CAROLINA
### United States of America 1787 AD

### SILENCE IS ACQUIESCENCE, AGREEMENT, AND DISHONOR
### THIS IS A SELF-EXECUTING CONTRACT

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY**
**ab initio ADMINISTRATIVE REMEDY**
[28 U.S.C. §1333, §1337, §2461 and §2463]

CASE # B-09 80353

DATE: 09/10/2009

# FINAL DEMAND FOR PAYMENT

**LIBELLANT:**

**Mark-Allen: Wasmuth**, Executive Trustee for the Private Contract Trust known as
**MARK ALLEN WASMUTH**
c/o **Carol E. Forth**, Notary Witness

**NOTARY:**
**Carol E. Forth**
**Knoxville, Tennessee, 37927**

**LIBELLEE:**

FIRST BANCORP INC
341 North Main Street
Troy, NC 27371-0508

JERRY L OCHELTREE,
341 North Main Street
Troy, NC 27371-0508

TERESA C. NIXON,
341 North Main Street
Troy, NC 27371-0508

COPY

BENJAMIN A KAHN
P.O. Box 3463
Greensboro NC 27402

NEXSEN PRUET PLLC
P.O. Box 3463
Greensboro NC 27402

DAVID SENTER
P.O. Box 3463
Greensboro NC 27402

This demand for payment is applicable to all successors and assigns.

Libellant is entitled to performance and stipulated damages agreed to by Libellees failure to respond or rebut the **INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY File # RA 970 327 738 US** dated **07/10/2009**, hereinafter "**ICC**".
Additionally, Libellees have failed to respond to the **NOTICES OF DISHONOR AND FAULT AND OPPORTUNITY TO CURE THAT WERE DELIVERED BY NOTARY PRESENTMENT** dated **08/10/2009** and **08/24/2009**

As per Libellees agreement to damages amounting to the sum certain total listed in the TRUE BILL accounting of the dishonored **ICC** in the following amounts, as the terms and conditions did clearly manifest, this document is a demand for payment of the agreed damages.

# FINAL DEMAND FOR SETTLEMENT AS PER AGREEMENT

## SUM CERTAIN PER AGREEMENT:     USD $21,744,718,933.33

"Libellant reserves the right to amend and correct and adjust the Accounting and True Bill to reflect injuries due to continued trespass."

The Sum certain in US Dollars is in numerical parity with the Euro Dollar and any other superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources, and any agreeable combination of the above.

## FINAL DEMAND FOR PAYMENT

Libellant grants Libellee Three (3) days, exclusive of the date of receipt, to settle by payment of the claims contained in this document. Failure to settle is a commercial dishonor [UCC3-505]. This is a UCC CONFIRMATORY WRITING and STATUTE STAPLE and is a perfected Contract upon the completion of this commercial process.

It is mandatory that if Libellee elects to respond to the foregoing, any such response must be done by delivering payment as stated in Libellant's **ICC** mailing location exactly as shown below:

**Mark-Allen: Wasmuth**, Executive Trustee for the Private Contract Trust known as
**MARK ALLEN WASMUTH**
c/o **Carol E. Forth**, Notary Witness
**P.O. Box 3206**
**Knoxville, Tennessee, 37927**

COPY

# CONTRACTUAL FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

Libellant is moving for settlement [U.C.C. 3-501 and U.C.C. Article 9] causing this **FINAL NOTICE OF DEFAULT AND DEMAND FOR SETTLEMENT** service upon the Libellee by Registered Mail. This is a commercial process within the Admiralty.

Libellee is granted Three (3) days [Truth in Lending Act at Regulation Z at 12 CFR and portions of 15 USC], exclusive of the day of service to make full payment of the Sum Certain as stated above and as evidenced in Libellant's Accounting and True Bill.

## COMMERCIAL AFFIDAVIT OATH AND VERIFICATION

CHATHAM COUNTY      )
                              ) ss     **Commercial Oath and Verification**

NORTH CAROLINA      )

I, **Mark-Allen: Wasmuth**, Executive Trustee for **MARK ALLEN WASMUTH**, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, state that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law.

## EXPRESS SPECIFIC RESERVATION OF RIGHTS

I explicitly reserve all my Natural rights as an American under contract Law of the Divine Creator without prejudice and, without recourse to me. I do not consent to compelled performance under any contract that I did not enter knowingly, voluntarily and intentionally. I do not accept the liability of the benefits or privileges of any unrevealed contract or commercial agreement.

By: _Mark Allen We_____

By: **Mark-Allen: Wasmuth**, Executive Trustee for the Private Contract Trust known as **MARK ALLEN WASMUTH**

_Orange_ **COUNTY**      )                          **JURAT**
                                ) ss

NORTH CAROLINA      )

The above named Libellant, **Mark-Allen: Wasmuth**, Executive Trustee for **MARK ALLEN WASMUTH** appeared before me, a Notary, subscribed, sworn to the truth of this contractual **FINAL NOTICE OF DEMAND FOR PAYMENT AND SETTLEMENT** for closing of the escrow.

Under oath this __10 th__ day of _September_, 2009.

_____ )
           Notary

My Commission expires_____5/30/2014____

COPY

_(Notary Seal: DARON D SATTERFIELD, NOTARY PUBLIC, SEAL, ORANGE COUNTY, NC)_

FINAL DEMAND FOR PAYMENT AND SETTLEMENT