IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In re: MARK ALLEN WASMUTH
MERIDITH PHILLIPPI WASMUTH

Case No. B-09 80353 C-11

Debtor.

## DEBTOR'S MONTHLY REPORT
### For the Month of November, 2009

The above-named debtor hereby submits a report of activities and financial information concerning the debtor and, if applicable, the operation of the business and management of the property of the debtor for the month of August 2009

**REPORT OF ACTIVITIES**

There have been no activities here

**SUMMARY OF OPERATIONS**

There were no major financial transactions, I paid the normal bills and prepared my taxes.

**PARTS A - H**

The Cash receipts were generated from Income from sales and repair..

### Part A:

### SUMMARY OF CASH RECEIPTS AND DISBURSEMENTS

|   |   | Amount | Amount |
|---|---|---|---|
|   | Cash balance from previous month's report |   | 58.36 |
| 2. | Total cash receipts |   | 2561.58 |
| 3. | Cash disbursements |   | 2349.52 |

| Bank Name | Account No. | Disbursements |
|---|---|---|
| Bank of America | 2521 | 714.27 |
| Bank of America | 7371 | 1635.5 |

CASH                                                    00000

|   | Total cash disbursements |                              | <u>2349.52</u> |
|---|--------------------------|------------------------------|----------------|
| 4 | Monthly cash surplus/(deficit) | [Item 2 minus item 3 total] | 212.06 |
| 5 | Ending cash balance | [Item 1 plus item 4] | <u>270.42</u> |

      Remember to list every account, including payroll, tax, operating, savings, or any other account from which disbursements are made.

B.   You must include the total disbursements from each and every account.

C.   You must include either a detailed listing showing date, payee (or source), reference number, account classification, and amount of every receipt and disbursement as **an** attachment to this report. In lieu of the detailed listing it is permissible to attached report that summarizes by account every receipt or disbursement. Any such report must contain sufficient detail that the nature and amount of the receipt or disbursement can be easily ascertained by the average business person. When a report is filed without this information it will deemed incomplete and considered to not have been filed until this report is complete.

D.   Attach copies of **all** Bank Statements and a copy of the Bank Reconciliation.

## Part B:

### SUMMARY OF BANK ACCOUNT INFORMATION

| Bank Name | Account No. | Nature of Account | Amount |
|---|---|---|---|
| Bank of America | 7371 | Personal Checking | 109.97 |
| Bank of America | 2521 | Personal Checking | 73.48 |

Total bank balance = 212.06

## Part C

### SUMMARY OF DEBT INCURRED SINCE PETITION WAS FILED

List here all debts, of whatever nature, incurred since the filing of the petition that were not paid as of the end of the period covered by this report. Do not include amounts owed prior to the filing of the petition. The list should include trade payables, accrued salaries, accrued expenses, accrued taxes, accrued interest, additional borrowing, and any other debt that has not been paid. Attach an additional sheet if necessary. If no post-petition debts have been incurred, or if all post petition debts are current indicate this by writing "none" in the space below.

| Date debt incurred | Description of Debt | Amount |
|---|---|---|
| | There have been no new debts added | |
| | | |
| | | |

Total amount of post-petition debts remaining unpaid _____

Part E

**PROFESSIONAL FEES**

List below the fees and expenses for all professionals paid by, or to be paid by, the bankruptcy estate:

| Name | Period | Amount Requested | Amount Allowed | Amount Paid |
|------|--------|------------------|----------------|-------------|
|      |        |                  |                |             |

Part F

**STATUS OF PLAN AND DISCLOSURE STATEMENT**

Part G:

## ACCRUAL BASIS INCOME/(LOSS) FOR THE MONTH'

|   |   | Amount |
|---|---|---|
| 1. | Net sales | 2561.58 |
| 2. | Cost of goods sold | 0 |
| 3. | Gross margin (Item 1 minus item 2) | 0 |
| 4. | Sales, general, & administrative expenses | 2349.52 |
| 5. | Net income (Item 3 minus item 4) | 212.06 |

* If a detailed income statement is available. please attach it to the monthly report.

## SUMMARY OF ACCOUNTS RECEIVABLE

1. Beginning balance
2. Sales on account
3. Collections on account
4. Ending balance     (Item 1 plus item 2 minus item 3)     0

## STATUS OF COLLECTIONS:

Amount

Current to 30 days
31 to 60 days 61
to 90 days 91 to
120 days
121 days and older
TOTAL:     0

## SUMMARY OF INVENTORY

1. Beginning balance     0
2. Ending balance     0
3. Net change in inventory (Item 1 minus item 2)

## Part H
## **QUARTERLY ACCRUAL BASIS BALANCE SHEET**

Part H must be completed on at least a quarterly basis and filed with the reports for March, June, October and December of each year, unless waived by the Bankruptcy Administrator. With the **prior approval of the Bankruptcy Administrator,** an "in-house" accrual balance sheet may be substituted for the format below.

**ASSETS**

**CURRENT ASSETS**
| | |
|---|---:|
| Cash | 300.00 |
| Accounts Receivable (Net) | 0 |
| Other Receivables | 0 |
| Inventories | 0 |
| Prepaid Expenses | 0 |
| Total Current Assets | 300.00 |

**FIXED, LONG TERM AND OTHER ASSETS**
- Land
- Fixed Assets
- Accumulated Depreciation on Fixed Assets
- Other Assets-Net
    - Total Fixed, Long Term and Other Assets

**TOTAL ASSETS**     300.00

**LIABILITIES AND SHAREHOLDERS' EQUITY**

**CURRENT LIABILITIES**
- Accounts Payable
- Notes Payable
- Salaries Payable
- Payroll Taxes Payable
    - Total Current Liabilities

**LONG TERM LIABILITIES**
- Pre-Petition Liabilities

Post-Petition Liabilities
    Total Long Term Liabilities

**TOTAL LIABILITIES**

**SHAREHOLDERS' EQUITY**
    Stock (investment in company)
    Retained Earnings
        Total Shareholders' Equity

**TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY**

I declare under penalty of perjury that the information contained in this Monthly Report for the March, 2009 is true and correct to the best of my knowledge and month of belief

This the 10 day of December, 2009

Title: _Manager_      Signature: _[signature]_

 Online Banking

## Regular Checking - 2521: Account Activity

**Balance Summary**

**$31.55**
Available Balance
as of 12/14/2009[1]

View:  Today(December 14, 2009)

**All transactions:**

| Date ↓ | Record | Type | Status | Amount | Balance |
|---|---|---|---|---|---|
| 12/07/2009 | Counter Credit | | C | $200.00 | $31.55 |
| 12/04/2009 | Extended Overdrawn Balance Charge | | C | -$35.00 | -$168.45 |
| 12/01/2009 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 11-... | | C | -$35.00 | -$133.45 |
| 11/30/2009 | CHECKCARD 1127 SUBWAY 6652 WILKESBORO NC ... | | C | -$19.13 | -$98.45 |
| 11/30/2009 | CHECKCARD 1127 PANERA BREAD #3712 WINSTON... | | C | -$25.87 | -$79.32 |
| 11/30/2009 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 11-... | | C | -$35.00 | -$53.45 |
| 11/30/2009 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 11-... | | C | -$35.00 | -$18.45 |
| 11/27/2009 | CHECKCARD 1125 TOTAL WINE AND MORE 606 C... | | C | -$26.93 | $16.55 |
| 11/27/2009 | CHECKCARD 1125 SHELL OIL 57543807507 APE... | | C | -$30.00 | $43.48 |
| 11/25/2009 | CHECKCARD 1124 VZWRLSS -IVR VE 800-9220204... | | C | -$166.21 | $73.48 |
| 11/25/2009 | Check 226: Edit Details | | C | -$237.33 | $239.69 |
| 11/24/2009 | THE HARTFORD DES:ILOPL INKAC ID:102 LT1793... | | C | -$33.30 | $477.02 |
| 11/24/2009 | CHECKCARD 1123 MELALEU CA, INC. 800-282300... | | C | -$162.53 | $510.32 |
| 11/24/2009 | CHECKCARD 1123 MARRIOT T CLEVELAND AIRP CL... | | C | -$182.10 | $672.85 |
| 11/20/2009 | Counter Credit | | C | $800.00 | $854.95 |
| 11/19/2009 | CHECKCARD 1119 TWX*AOL SERVICE 1109 800-82... | | C | -$11.99 | $54.95 |
| 11/19/2009 | CHECKCARD 1117 EXXONMO BIL 96822796 APEX N... | | C | -$20.14 | $66.94 |
| | Statement Period as of 11/11/2009 | | | | |
| 11/10/2009 | Monthly Maintenance Fee | | C | -$12.00 | $87.08 |
| 11/03/2009 | Counter Credit | | C | $100.00 | $99.08 |
| 10/30/2009 | CHECKCARD 1029 PACER80 0-676-6856IR 800-67... | | C | -$54.88 | -$0.92 |
| 10/28/2009 | Counter Credit | | C | $200.00 | $53.96 |

Case 09-80353   Doc 150   Filed 12/17/09   Page 8 of 10


            Online Banking

## MyAccess Checking - 7371: Account Activity

### Balance Summary

**$424.97**
Available Balance
as of 12/14/2009[1]

**View:** November 2009

**All transactions:**

| Date | Record | Type | Status | Amount | Balance |
|---|---|---|---|---|---|
| 11/30/2009 | KEEP THE CHANGE TRANSFER TO ACCT 7384 FOR... | | C | -$3.68 | $101.97 |
| 11/30/2009 | CHECKCARD 1128 REDBOX *DVDRESERVATION 866... | | C | -$1.08 | $105.65 |
| 11/30/2009 | CHECKCARD 1128 REDBOX *DVDRESERVATION 866... | | C | -$1.08 | $106.73 |
| 11/30/2009 | CHECKCARD 1128 REDBOX *DVDRESERVATION 866... | | C | -$1.08 | $107.81 |
| 11/30/2009 | CHECKCARD 1128 REDBOX *DVDRESERVATION 866... | | C | -$1.08 | $108.89 |
| 11/25/2009 | KEEP THE CHANGE TRANSFER TO ACCT 7384 FOR... | | C | -$3.15 | $109.97 |
| 11/25/2009 | TARGET T1932 A 11/25 #000997043 PURCHASE... | | C | -$8.31 | $113.12 |
| 11/25/2009 | COUNTRY FARM & 11/25 #000338377 PURCHASE... | | C | -$29.09 | $121.43 |
| 11/25/2009 | KROGER 940 US 11/25 #000536068 PURCHASE... | | C | -$34.43 | $150.52 |
| 11/25/2009 | WHOLE FOODS MA 11/25 #000432980 PURCHASE... | | C | -$40.02 | $184.95 |
| 11/25/2009 | BKOFAMERICA ATM 11/25 #000002824 DEPOSIT ... | | C | $136.78 | $224.97 |
| 11/23/2009 | KEEP THE CHANGE TRANSFER TO ACCT 7384 FOR... | | C | -$0.26 | $88.19 |
| 11/23/2009 | SOU THE HOME D 11/23 #000069686 PURCHASE... | | C | -$10.74 | $88.45 |
| 11/20/2009 | MARRIOTT CLE-0 11/20 #000000737 WITHDRWL... | | C | -$2.00 | $99.19 |
| 11/20/2009 | MARRIOTT CLE-0 11/20 #000000737 WITHDRWL... | | C | -$43.25 | $101.19 |
| 11/19/2009 | KEEP THE CHANGE TRANSFER TO ACCT 7384 FOR... | | C | -$0.45 | $144.44 |
| 11/19/2009 | CHECKCARD 1117 A CLEANER WORLD #231 CHAPE... | | C | -$14.55 | $144.89 |
| | Statement Period as of 11/19/2009 | | | | |
| 11/17/2009 | BKOFAMERICA ATM 11/17 #000004538 DEPOSIT ... | | C | $124.80 | $159.44 |
| 11/16/2009 | KEEP THE CHANGE TRANSFER TO ACCT 7384 FOR... | | C | -$2.73 | $34.64 |
| 11/16/2009 | CHECKCARD 1115 REDBOX *DVDRESERVATION 866... | | C | -$1.08 | $37.37 |

Case 09-80353     Doc 150     Filed 12/17/09     Page 9 of 10

| Date | Description | Amount | Balance |
|---|---|---|---|
| 11/16/2009 | CHECKCARD 1113 REDBOX *DVD RENTAL OAKBRKT... | -$1.08 | $38.45 |
| 11/16/2009 | PILOT TRAVEL C 11/14 #000069623 PURCHASE... | -$30.11 | $39.53 |
| 11/13/2009 | KEEP THE CHANGE TRANSFER TO ACCT 7384 FOR... | -$0.97 | $69.64 |
| 11/13/2009 | CHECKCARD 1107 KANGAROO EXP # 3489 DURHAM... | -$36.03 | $70.61 |
| 11/10/2009 | CHECKCARD 1108 GO MART #96 WYTHEVILLE VA 2... | -$24.00 | $106.64 |
| 11/09/2009 | KEEP THE CHANGE TRANSFER TO ACCT 7384 FOR... | -$1.89 | $130.64 |
| 11/09/2009 | WAL-MART #3270 11/08 #000679150 PURCHASE... | -$16.19 | $132.53 |
| 11/09/2009 | CHECKCARD 1107 JORDON LAKE FIDDLE-Q39 PIT... | -$32.05 | $148.72 |
| 11/09/2009 | CHECKCARD 1105 STATE FARM INSURANCE 800-... | -$316.87 | $180.77 |
| 11/05/2009 | KEEP THE CHANGE TRANSFER TO ACCT 7384 FOR... | -$0.97 | $497.64 |
| 11/05/2009 | CHECKCARD 1103 EAGLES #2 CHAPLE HILL NC 2... | -$48.03 | $498.61 |
| 11/05/2009 | BKOFAMERICA ATM 11/05 #000002160 DEPOSIT... | $300.00 | $546.64 |
| 11/04/2009 | KEEP THE CHANGE TRANSFER TO ACCT 7384 FOR... | -$1.99 | $246.64 |
| 11/04/2009 | CHECKCARD 1103 REDBOX *DVD RENTAL 866-733... | -$1.08 | $248.63 |
| 11/04/2009 | FOOD LION #160 11/04 #000091619 PURCHASE... | -$16.59 | $249.71 |
| 11/04/2009 | CHECKCARD 1103 CENTURY LINK - IVR CRB 888-... | -$112.00 | $266.30 |
| 11/04/2009 | CHECKCARD 1103 PEC*EASYPAY SIEBEL 800-452... | -$428.34 | $378.30 |
| 11/03/2009 | BKOFAMERICA ATM 11/03 #000001728 DEPOSIT... | $700.00 | $806.64 |
| 11/02/2009 | KEEP THE CHANGE TRANSFER TO ACCT 7384 FOR... | -$1.94 | $106.64 |
| 11/02/2009 | CHECKCARD 1101 REDBOX *DVD RENTAL OAKBRKT... | -$1.08 | $108.58 |
| 11/02/2009 | COUNTRY FARM & 10/31 #000339200 PURCHASE... | -$37.98 | $109.66 |
| 11/02/2009 | CHECKCARD 1101 HARRIS TEETER #137 CHAPEL... | -$40.10 | $147.64 |
| 11/02/2009 | CHECKCARD 1030 RED ROBIN 256 DURHAM NC... | -$43.90 | $187.74 |
| 10/29/2009 | KEEP THE CHANGE TRANSFER TO ACCT 7384 FOR... | -$0.99 | $231.64 |
| 10/29/2009 | CHECKCARD 1027 EAGLES #2 CHAPLE HILL NC 2... | -$26.01 | $232.63 |
| 10/28/2009 | KEEP THE CHANGE TRANSFER TO ACCT 7384 FOR... | -$0.72 | $258.64 |
| 10/28/2009 | CHECKCARD 1026 VZWRLSS -IVR VE 800-9220204... | -$224.28 | $259.36 |
| 10/28/2009 | Counter Credit | $200.00 | $483.64 |
| 10/22/2009 | KEEP THE CHANGE TRANSFER TO ACCT 7384 FOR... | -$2.41 | $283.64 |
| 10/22/2009 | CHECKCARD 1020 EXXONMOBIL 42231605 APEX N... | -$40.01 | $286.05 |